# EXHIBIT C

**Registration #:**   VA0002355984
**Service Request #:**   1-12644692371



Tarter Krinsky Drogin LLP
1350 Broadway
11th Flr
New York, NY 10018 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-355-984

**Effective Date of Registration:**
June 06, 2023
**Registration Decision Date:**
July 31, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Upper East Side Townhouse Staircase |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | October 10, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | KGB NY LLC |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | KGB NY LLC |
| | 200 Lexington Avenue, Suite 1616, New York, NY, 10016, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | KGB NY LLC |
| **Address:** | 200 Lexington Avenue |
| | Suite 1616 |
| | New York, NY 10016 United States |

## Certification

| | |
|---|---|
| **Name:** | John Anello |
| **Date:** | June 06, 2023 |

Page 1 of 2

**Registration #:**   VA0002355986
**Service Request #:**   1-12644310015



Tarter Krinsky Drogin LLP
1350 Broadway
New York, NY 10018 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-355-986

**Effective Date of Registration:**
June 06, 2023
**Registration Decision Date:**
July 31, 2023

---

## Title
_____

|  |  |
|---|---|
| **Title of Work:** | KGBL Showroom Exterior |

## Completion/Publication
_____

|  |  |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | June 02, 2017 |
| **Nation of 1st Publication:** | United States |

## Author
_____

|  |  |
|---|---|
| • **Author:** | KGB NY  LLC |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant
_____

|  |  |
|---|---|
| **Copyright Claimant:** | KGB NY LLC |
|  | 200 Lexington Avenue, Suite 1616, New York, NY, 10016, United States |

## Rights and Permissions
_____

|  |  |
|---|---|
| **Organization Name:** | KGB NY LLC |
| **Address:** | 200 Lexington Avenue |
|  | Suite 1616 |
|  | New York, NY 10018 United States |

## Certification
_____

|  |  |
|---|---|
| **Name:** | John Anello |
| **Date:** | June 06, 2023 |

**Applicant's Tracking Number:**   90178-2

**Registration #:**   VA0002355988
**Service Request #:**   1-12644310098



Tarter Krinsky Drogin LLP
1350 Broadway
11th flr
New York, NY 10018 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-355-988

**Effective Date of Registration:**
June 06, 2023
**Registration Decision Date:**
July 31, 2023

---

## Title

| | |
|---|---|
| Title of Work: | Tribeca Loft Dining Table |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2014 |
| Date of 1st Publication: | July 23, 2014 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | KGB NY LLC |
| Author Created: | photograph |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | KGB NY LLC |
| | 200 Lexington Avenue, Suite 1616, New York, NY, 10016, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | KGB NY LLC |
| Address: | 200 Lexington Avenue |
| | Suite 1616 |
| | New York, NY 10016 United States |

## Certification

| | |
|---|---|
| Name: | John Anello |
| Date: | June 06, 2023 |

**Registration #:** VA0002355989
**Service Request #:** 1-12644739414



Tarter Krinsky Drogin LLP
1350 Broadway
11th Flr
New York, NY 10018 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-355-989

**Effective Date of Registration:**
June 06, 2023
**Registration Decision Date:**
July 31, 2023

## Title _____

Title of Work: West Chelsea Loft Living Space

## Completion/Publication _____

Year of Completion: 2014
Date of 1st Publication: August 16, 2014
Nation of 1st Publication: United States

## Author _____

- Author: KGB NY LLC
  Author Created: photograph
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant _____

Copyright Claimant: KGB NY LLC
200 Lexington Avenue, Suite 1616, New York, NY, 10016, United States

## Rights and Permissions _____

Organization Name: KGB NY LLC
Address: 200 Lexington Avenue
Suite 1616
New York, NY 10016 United States

## Certification _____

Name: John Anello
Date: June 06, 2023

Page 1 of 2