# EXHIBIT D

# Upper East Side Townhouse

**NOTE**: PROJECT IN PROGRESS. Work includes the addition of a one story structure and terrace. Interior spaces were reconfigured and fitted with custom moldings, doors, casings, floors and French doors. The new kitchen features fumed white oak beams and custom cabinetry. The library was lined with fumed oak using custom molding profiles developed in house. The greatly enlarged master bath is clad entirely in Calacatta marble.






# KGBL Showroom





The KGBL Showroom occupies space on the top floor of the New York Design Center. Due to its location in the building, it is afforded much natural light, as well as view of the Empire State Building. A minimal aesthetic was employed in building out the showroom and offices, letting a variety of white surfaces play off one another. A glossy white structural glass floor is juxtaposed to matte white walls and ceilings.



# Tribeca Loft


Dining + Kitchen

A gut renovation of one floor of a 19th century caviar production facility. During the renovation process, raw timber columns were uncovered, creating an interesting juxtaposition to the new architecture imposed around them. An open plan preserved the original, loft aesthetic and addressed the needs of the clients' young family. KGBL furniture was partnered with select vintage pieces to form a cohesive whole.





# West Chelsea Loft






A former candy factory in the West Chelsea gallery district, this 4,000 square foot loft space required a gut renovation. The open floor plan was an ideal fit for a growing family with four children. Existing wooden beams and cast-iron columns were rejuvenated and act as a foil to the modern architecture around them. We were also responsible for all furniture and furnishings.



# Upper East Side Townhouse








**NOTE**: PROJECT IN PROGRESS. Work includes the addition of a one story structure and terrace. Interior spaces were reconfigured and fitted with custom moldings, doors, casings, floors and French doors. The new kitchen features fumed white oak beams and custom cabinetry. The library was lined with fumed oak using custom molding profiles developed in house. The greatly enlarged master bath is clad entirely in Calacatta marble.

# KGBL Showroom






The KGBL Showroom occupies space on the top floor of the New York Design Center. Due to its location in the building, it is afforded much natural light, as well as view of the Empire State Building. A minimal aesthetic was employed in building out the showroom and offices, letting a variety of white surfaces play off one another. A glossy white structural glass floor is juxtaposed to matte white walls and ceilings.



# Tribeca Loft

A gut renovation of one floor of a 19th century caviar production facility. During the renovation process, raw timber columns were uncovered, creating an interesting juxtaposition to the new architecture imposed around them. An open plan preserved the original, loft aesthetic and addressed the needs of the clients' young family. KGBL furniture was partnered with select vintage pieces to form a cohesive whole.








# West Chelsea Loft






A former candy factory in the West Chelsea gallery district, this 4,000 square foot loft space required a gut renovation. The open floor plan was an ideal fit for a growing family with four children. Existing wooden beams and cast-iron columns were rejuvenated and act as a foil to the modern architecture around them. We were also responsible for all furniture and furnishings.





# CULTUM

IS FOCUSED ON PRODUCING PROJECTS WHICH ARE WELL DESIGNED AND APPROPRIATE. WHILE FIRMLY BELIEVING THAT THE FUTURE OF DESIGN LIES IN NEW IDEAS AND CONCEPTS, THE FOUNDERS, ROBERTO GUZMAN AND DAVID KHOURI, ALSO POSSESS AN ACUTE SENSITIVITY AND RESPECT FOR THE UNIQUE NATURE OF EACH ENVIRONMENT WITHIN WHICH THEIR PROJECTS TAKE FORM. CULTUM STUDIO OFFERS A WIDE SPECTRUM OF SERVICES INCLUDING INTERIOR, ARCHITECTURAL AND CUSTOM FURNITURE DESIGN.

CULTUM Projects 86 Forsyth Street, Floor 6 New York, New York 10002 T 917.520.6447 info@cultumstudio.com Copyright 2023 CULTUM Projects - All Rights Reserved

CULTUM

# CULTUM

IS FOCUSED ON PRODUCING PROJECTS WHICH ARE WELL DESIGNED AND APPROPRIATE. WHILE FIRMLY BELIEVING THAT THE FUTURE OF DESIGN LIES IN NEW IDEAS AND CONCEPTS, THE FOUNDERS, ROBERTO GUZMAN AND DAVID KHOURI, ALSO POSSESS AN ACUTE SENSITIVITY AND RESPECT FOR THE UNIQUE NATURE OF EACH ENVIRONMENT WITHIN WHICH THEIR PROJECTS TAKE FORM. CULTUM STUDIO OFFERS A WIDE SPECTRUM OF SERVICES INCLUDING INTERIOR, ARCHITECTURAL AND CUSTOM FURNITURE DESIGN.



 Copyright 2023 CULTUM Projects - All Rights Reserved




## CULTUM

IS FOCUSED ON PRODUCING PROJECTS WHICH ARE WELL DESIGNED AND APPROPRIATE. WHILE FIRMLY BELIEVING THAT THE FUTURE OF DESIGN LIES IN NEW IDEAS AND CONCEPTS, THE FOUNDERS, ROBERTO GUZMAN AND DAVID KHOURI, ALSO POSSESS AN ACUTE SENSITIVITY AND RESPECT FOR THE UNIQUE NATURE OF EACH ENVIRONMENT WITHIN WHICH THEIR PROJECTS TAKE FORM. CULTUM STUDIO OFFERS A WIDE SPECTRUM OF SERVICES INCLUDING INTERIOR, ARCHITECTURAL AND CUSTOM FURNITURE DESIGN.



 Copyright 2023 CULTUM Projects - All Rights Reserved

CULTUM

# CULTUM

IS FOCUSED ON PRODUCING PROJECTS WHICH ARE WELL DESIGNED AND APPROPRIATE. WHILE FIRMLY BELIEVING THAT THE FUTURE OF DESIGN LIES IN NEW IDEAS AND CONCEPTS, THE FOUNDERS, ROBERTO GUZMAN AND DAVID KHOURI, ALSO POSSESS AN ACUTE SENSITIVITY AND RESPECT FOR THE UNIQUE NATURE OF EACH ENVIRONMENT WITHIN WHICH THEIR PROJECTS TAKE FORM. CULTUM STUDIO OFFERS A WIDE SPECTRUM OF SERVICES INCLUDING INTERIOR, ARCHITECTURAL AND CUSTOM FURNITURE DESIGN.



 Copyright 2023 CULTUM Projects - All Rights Reserved