UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KGB NY LLC<br><br>                    Plaintiff,<br><br>     -against-<br><br>ROBERTO GUZMAN, et al.,<br><br>                    Defendants. | 23-CV-10979 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    As per my Order on March 20, 2024 (ECF 21), the parties were directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky, and file it on the docket by April 24, 2024. The parties have not complied. I am sua sponte extending the deadline nunc pro tunc until **9:00 AM on April 26, 2024**.

DATED:  April 25, 2024
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge