UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KGB NY LLC,<br><br>                 Plaintiff,<br><br>  -against-<br><br>ROBERTO GUZMAN, et al.,<br><br>                 Defendants. | 23-CV-10979 (PAC) (RFT)<br><br>**STATUS CONFERENCE** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a status conference on, **July 22, 2024 at 10:30 AM**. Counsel for the parties are directed to call my Microsoft Teams conference line at the scheduled time.

**Please dial (646) 453-4442, Access Code: 539 614 230 #.**

DATED:    July 12, 2024
                New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge