UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KGB NY LLC,<br><br>                    Plaintiff,<br><br>         -against-<br><br>Roberto Guzman,<br><br>                    Defendant. | |

23-CV-10979 (ALC)(RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A discovery status conference was requested by KGB NY LLC, Plaintiff (ECF 35.) I scheduled a telephonic conference for today, July 22, 2024 at 10:30 am. (ECF 36.) Counsel for all parties except counsel for Roberto Guzman were present. I have rescheduled the telephonic conference for Friday, 7/26/2024 at 9:00 AM. Counsel for the parties are directed to call my conference line at the scheduled time by dialing (646) 453-4442, Access Code: 728 159 328 #. Counsel for Roberto Guzman is ordered, on pain of sanctions, to submit a letter on the docket by 7/23/2024 confirming that he will attend the rescheduled conference and explaining why he was absent from the conference today.

DATED:  July 22, 2024
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge