UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
KGB NY LLC,
:
:
Plaintiff,
:
: 1:23-cv-10979 (ALC) (RFT)
-against-
:
: **ORDER**
ROBERTO GUZMAN, et al.,
:
:
Defendants.
:
---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On August 27, 2024, Defendant Squarespace, Inc. ("Squarespace") filed a letter with this Court requesting a pre-motion conference on a proposed motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). ECF No. 45. Per this Court's Individual Rules, upon the filing of such a letter motion, the non-moving party must, within three business days, submit a letter, not to exceed three pages, setting forth its position. Accordingly, Plaintiff is **ORDERED** to respond to the Defendant Squarespace's letter motion by **January 16, 2025** indicating its position.

**SO ORDERED.**

Dated:   January 13, 2025
           New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**