UNITED STATES DISTRICT COURT
SOFTWARE DISTRICT OF NEW YORK

---------------------------------------------------------- x
KGB NY LLC,
                                 Plaintiff,

                             1:23-cv-10979 (ALC) (RFT)

                -against-

                             **ORDER**

ROBERTO GUZMAN et al.,

                                Defendants.
---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the request from Defendant Squarespace, Inc. for a pre-motion conference in relation to its anticipated motion to dismiss. ECF No. 45. Defendant's request for a pre-motion conference is **DENIED**. Defendant Squarespace, Inc. is **GRANTED** leave to file a motion to dismiss. Unless the Parties jointly submit an alternative, the Court sets the following briefing schedule:

       Defendant's opening brief due by **February 21, 2025**

       Plaintiff's opposition brief due by **March 14, 2025**

       Defendant's reply brief due by **March 28, 2025**

**SO ORDERED.**

Dated:   January 31, 2025
             New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      United States District Judge