UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KGB NY LLC, <br><br>                       Plaintiff, <br><br>  -against- <br>Roberto Guzman, et al., <br><br>                      Defendants. | 23cv10979 (ALC) (RFT) <br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

At the conference held on February 6, 2025, the CULTUM Defendants were ordered, on pain of sanctions, to complete production of all outstanding discovery and provide a certification that they have done so by **5:00 pm on February 11, 2025.** By **9:00 am on February 12, 2025**, Plaintiff and the CULTUM Defendants are ORDERED to file a joint letter on the docket confirming that the CULTUM Defendants completed production of all outstanding discovery and certified that they did so. Plaintiff's oral application for its reasonable costs in connection with the rescheduled settlement conference and with the February 6, 2025 status conference, which counsel for the CULTUM Defendants failed to attend in person as ordered, is DENIED. However, Counsel for the CULTUM Defendants is admonished that the Court will be inclined to award Plaintiff its reasonable costs in connection with any future unexcused failures by Counsel for the CULTUM Defendants to attend a scheduled conference. Counsel for the CULTUM Defendants is ORDERED to provide a copy of this order to his clients by **February 12, 2025**. Furthermore, Counsel for the Cultum Defendants is ORDERED, by **February 14, 2025**, to provide the Court with contact information for the insurance adjuster, including an email address, telephone number, and physical address. Failure to do so will lead to (1) my holding the next settlement conference in person on **February 19, 2025 at 9:30am,** whether or not the insurer

can participate; and (2) if that settlement conference does not lead to an agreement in principle, my immediately setting a schedule for dispositive motions, if any, and submission of a joint pre-trial order.

DATED: February 11, 2025
New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge