UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KGB NY LLC,<br><br>      Plaintiff,<br><br> -against-<br>Roberto Guzman, et al.,<br><br>      Defendants. | 23cv10979 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  The CULTUM Defendants are hereby ORDERED to update their document production within one business day of any sales relevant to this case. Counsel for the CULTUM Defendants is directed to serve a copy of this order to the CULTUM Defendants by **February 14, 2025** and to confirm on the docket that he has done so on the same date.

DATED: February 12, 2025           SO ORDERED.
      New York, NY

                                 _____
                                 **ROBYN F. TARNOFSKY**
                                 United States Magistrate Judge