UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KGB NY LLC, <br><br>                 Plaintiff, <br><br> -against- <br> Roberto Guzman, et al., <br><br>                 Defendants. | 23cv10979 (ALC) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties shall complete all discovery, including depositions, by **March 26, 2025.** Plaintiff's anticipated motion for summary judgment against the CULTUM Defendants shall be due by **April 28, 2025;** the CULTUM Defendants' opposition papers shall be due by **May 26, 2025**; and Plaintiff's reply in further support shall be due by **June 20, 2025.**

DATED: February 24, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge