UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KGB NY LLC,<br><br>                Plaintiff,<br><br>    -against-<br>Roberto Guzman,<br><br>                Defendant. | 23CV10979 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

If any party wishes to depose the insurance carrier, that party shall, by **April 27, 2026**, file a proposed order and subpoena on the docket, with the deposition to be held on **June 1, 2026 at 10:00 AM** in Courtroom 9B at 500 Pearl Street, New York, NY. The party noticing the deposition is to bring its own court reporter. An electronic device is needed for the court reporter to bring in his or her equipment. The completed form needs to be emailed to TarnofskyNYSDChambers@nysd.uscourts.gov by **May 27, 2026**. The form can be found at https://nysd.uscourts.gov/forms under General Forms.

If the insurance carrier does not appear, a settlement conference will be held at the same date, time, and location.

DATED:  April 23, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge