UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KGB NY LLC,<br><br>     Plaintiff,<br><br> -against-<br>ROBERTO GUZMAN, et al.,<br><br>     Defendants. | |

23cv10979 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

   In connection with the parties' settlement efforts, discovery is reopened in this matter for the limited purpose of deposing Defendants' insurance carrier. Such deposition shall take place on **June 1, 2026,** in Courtroom 9B at 500 Pearl Street, New York, New York,  or on such other date as is convenient for the deponent, the parties, and the Court, so long as the deposition takes place on or before **June 12, 2026**.

DATED:  April 28, 2026
    New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge