UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| KGB NY LLC, |
| Plaintiff, |
| -against- |
| ROBERTO GUZMAN, et al., |
| Defendants. |

23cv10979 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties were scheduled to appear in person before me at 10:00 am on June 1, 2026. Defendants and their counsel did not arrive until after 11:30. Defendants' counsel took responsibility and apologized for his lateness. This is not the first time Defendants' counsel has been late to or failed to attend a scheduled conference. Plaintiff made an oral application for his reasonable costs of $2400.00 for 1.5 hours of the time of his two lawyers. I granted this application on the record. *See* Fed. R. Civ. P. 16(f). Defendants' counsel is ordered to pay Plaintiff $2400.00 within **30 days** of the date of this order.

DATED:  June 1, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge