**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KGB NY LLC,<br><br>                    *Plaintiff*,<br><br>        v.<br><br>ROBERTO GUZMAN, et al.,<br><br>                    *Defendants*. | Case No. 1:23-cv-10979-ALC<br><br>[PROPOSED] ORDER |

ROBYN F. TARNOFSKY, United States Magistrate Judge:

On April 27, 2026, Defendants filed a Notice of Taking Deposition *Duces Tecum* and accompanying Subpoena for Deposition *Duces Tecum* directed to non-party The Hartford, scheduled to take place at Daniel Patrick Moynihan Courtroom 9B, on June 1, 2026, at 10:00 a.m. EST ("the Subpoena," ECF No. 126). On April 28, 2026, this Court ordered discovery reopened in this matter for the limited purpose of deposing The Hartford ("the Order," ECF No. 127). The Subpoena was formally served on The Hartford on May 27, 2026, and the Order was served via facsimile on The Hartford on May 29, 2026.

On June 1, 2026, The Hartford did not appear in response to the Subpoena, and a representative for The Hartford informed Defendants' counsel that The Hartford would not be appearing in response to the Subpoena.

The Defendants, having applied to this Court for an order to compel the deposition of Defendants' insurance carrier, The Hartford, in response to the Subpoena, the Court grants the application. The Hartford, shall appear for its deposition pursuant to the Subpoena on June 22, 2026, at 10:00 AM in Courtroom 9B at 500 Pearl Street, New York, NY, or face sanctions.

1

DATED:      New York, New York
            June 9 , 2026

Before **July 14, 2026**, the Hartford shall either (a) file a motion to quash the subpoena or (b) appear for a deposition in response to the subpoena on a date, time, and location convenient to it and to the parties. Defendants shall serve this order on the Hartford by **June 12, 2026** and shall file proof of such service on the docket by that same date.

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge

2