UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KGB NY LLC,

Plaintiff,

-against-

ROBERTO GUZMAN, et al.,

Defendants.

23cv10979 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on July 27, 2026, Plaintiffs shall have until **July 31, 2026** to file a letter on the docket with any proposal for additional discovery. Defendants shall have until **July 31, 2026**, to make any application relating to the deposition of its insurer.

DATED: July 28, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge