UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KGB NY LLC,

Plaintiff,

-against-

ROBERTO GUZMAN, et al.,

Defendants.

23-CV-10979 (PAC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 18, 2025, Judge Carter granted Defendant Squarespsace Inc.'s motion to dismiss, dismissing all claims against Defendant Squarespace. (*See* ECF 115.)

Accordingly, the Clerk of Court is respectfully requested to terminate Defendant Squarespace from the docket.

DATED: July 29, 2026
New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge