UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KGB NY LLC,

Plaintiff,

-against-

ROBERTO GUZMAN, et al.,

Defendants.

23-CV-10979 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

If Defendant has not already served a copy of his Motions for Sanctions (ECF 135) and accompanying Memorandum of Law (ECF 136) on non-party The Hartford, Defendant shall serve this Order, ECF 135, and ECF 136 on the Hartford by **August 21, 2026** and file proof of such service by **August 21, 2026.**

DATED: August 3, 2026
New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge