UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KGB NY LLC,

Plaintiff,

-against-

ROBERTO GUZMAN, et al.,

Defendants.

23-CV-10979 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Defendants' motion to hold non-party the Hartford in civil contempt (ECF 135) for failing to comply with this Court's orders requiring the Hartford either to comply with a deposition subpoena or move to quash. While Defendants have filed affidavits of service on the Hartford of the Court's orders, those affidavits of service reflect service on the Hartford's registered agent, CT Corporation. It has been the Court's experience that such service, even if legally sufficient, does not always result in a non-party receiving actual notice of the Court's orders. Accordingly, Defendants' motion is denied without prejudice to refiling after personal service on the Hartford at the Hartford's headquarters of the Court's orders regarding the Hartford deposition subpoena.[1] Any such service shall take place on or before **September 18, 2026**, with proof of service filed on the same day.

The Clerk of Court is respectfully requested to terminate ECF 135.

DATED: August 3, 2026
New York, New York

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

[1] The undersigned issues this opinion and order, rather than a report and recommendation, because although on a motion for civil contempt the magistrate judge certifies the facts to the district judge and does not issue an order of contempt, here, the undersigned declines to certify any facts to the district judge for further contempt proceedings. *See Dimitrov v. United States*, No. 25 CIV. 7420 (JHR) (SLC), 2026 WL 710091, at *1 n.3 (S.D.N.Y. Mar. 13, 2026).