UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KGB NY LLC,

Plaintiff,

-against-

Roberto Guzman, et al.,

Defendants.

23CV10979 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on September 24, 2026, it appears that Defendants' insurer is taking the position that the claims in the case precede the policy period. Counsel for Defendants said that the insurer had failed to consider the claims in the amended complaint and intends to continue following up with the insurer. The deadline for concluding discovery is extended until **October 24, 2026**, solely for the purpose of completing the one remaining deposition. There will be no further extensions. The parties are encouraged to continue exploring the possibility of a settlement and should let my Chambers know if I can assist, either with another settlement conference or by referring the matter to Court-annexed mediation.

Additionally, this matter is scheduled for a status conference on **October 27, 2026 at 10:30 AM** in Courtroom 9B at 500 Pearl Street, New York, NY. Plaintiff, defendants, and their individual counsel are expected to attend in-person and on time.

A joint pretrial order complying with Judge Carter's individual practices is due by **November 24, 2026**.

DATED: September 24, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge