UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KGB NY LLC,

Plaintiff,

-against-

ROBERTO GUZMAN, et al.,

Defendants.

23-CV-10979 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

WHEREAS on September 24, 2026, I scheduled an in-person settlement conference for October 27, 2026 at 10:30 am in Courtroom 9B at 500 Pearl Street, New York, NY, which counsel and parties were to attend (ECF 144);

WHEREAS Plaintiff and Plaintiff's counsel were present but neither Defendants nor Defendants' counsel appeared;

WHEREAS Defendants had not requested an adjournment of the conference or provided notice either to the Court or to Plaintiff that they would not appear;

WHEREAS when the Court called Defendants' counsel, he reported that he had to attend to his dog, which had fallen ill;

WHEREAS Defendants and their counsel have on prior occasions arrived at a conference late or failed to attend;

WHEREAS on October 27, 2026, I ordered Defendants to show cause why they should not be sanctioned for failing to appear (ECF 145); and

WHEREAS on October 30, 2026, Defendants' counsel filed a letter with the Court as required by my October 27, 2026 order (ECF 146);

IT IS HEREBY ORDERED that Mr. Llorens is sanctioned for the cost of two hours of Plaintiff's counsel's time. This sanction is assessed against counsel personally. See Fed. R. Civ. P. 16(f)(2). I find that Mr. Llorens' failure to attend the conference or to request an adjournment of the conference or to provide notice either to the Court or to Plaintiff was not substantially justified, nor are there any other circumstances that make the sanction unjust. While needing to attend to an ill pet may have prevented Mr. Llorens from appearing, it does not explain why, at a minimum, Mr. Llorens did not request that the conference be rescheduled or notify the Court or Plaintiff's counsel that he was unable to attend. It also does not explain the failure by Defendants to appear. Plaintiff's counsel is ORDERED to inform Mr. Llorens by **November 6, 2026** of the normal hourly billing rate of himself and his colleague, and Mr. Llorens is ORDERED to make payment to Plaintiff's counsel not later than **December 6, 2026** and to note that the payment has been paid by filing a letter on the docket.

DATED: November 2, 2026
New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge